NUMBERS 13-07-00154-CR and 13-07-00155-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________


ALEJANDRO MARTINEZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 332nd District Court 


of Hidalgo County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, ALEJANDRO MARTINEZ, attempted to perfect appeals from 
judgments entered by the 332nd District Court of Hidalgo County, Texas in trial court
cause numbers CR-3210-05-F and CR-4308-06-F. Sentence in these causes was
imposed on May 19, 2006 and December 19, 2006. No timely motion for new trial
was filed. The notice of appeal in trial court number CR-3210-05-F was due to be
filed on June 19, 2006, but was not filed until March 12, 2007. The notice of appeal
in trial court number CR-4308-06-F was due to be filed on January 18, 2007, but was
not filed until March 12, 2007. Said notices of appeal are untimely filed. 

 Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension
of time for filing notice of appeal if such notice is filed within fifteen days of the last
day allowed and within the same period a motion is filed in the court of appeals
reasonably explaining the need for such extension. Appellant failed to file his notices
of appeal and a motion requesting an extension of time within such period. 

 The Court, having considered the documents on file and appellant's failure to
timely perfect his appeals, is of the opinion that the appeals should be dismissed for
want of jurisdiction. The appeals are hereby DISMISSED FOR WANT OF
JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this

the 17th day of May, 2007.